1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANN VICTORIA MARINO, individually and on behalf of the estate of ANTHONY DEAN MARINO; NATHAN ANTHONY MARINO, individually,<br><br>                Plaintiffs,<br><br>        vs.<br><br>VICTOR VALLEY COMMUNITY COLLEGE DISTRICT; COUNTY OF SAN BERNANDINO; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: EDCV15-1528 R (JCx)<br><br>**JUDGMENT** |

After reviewing the Motion for Summary Judgment filed by Defendant Victor Valley Community College District, all papers filed in support of and opposition thereto, as well as the evidence presented in support of and in opposition to the motion, the matter have been duly considered, and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment filed by Defendant Victor Valley Community College District is hereby granted, and plaintiffs shall take nothing from defendant.  There being no

just reason for delay, this action is hereby dismissed, with prejudice. Defendant Victor Valley Community College District shall recover its costs.

DATED: August 4, 2016

_____
Honorable Manuel L. Real
U.S. District Court Judge